| | |
|---|---|
| VANESSA DUNDON, ET AL. | No. 22-1246 |
| Plaintiffs and Appellants, | N.D.D. No. 1:16-cv-406 |
| v. | **NOTICE OF METHOD OF APPENDIX PREPARATION** |
| KYLE KIRCHMEIER, ET AL., | |
| Defendants and Respondents. | |

Notice is hereby given, pursuant to Rule 30, that the parties will prepare separate appendices in this matter.

Dated:  Feb. 15, 2022

Respectfully Submitted,

_/s/_ *Rachel Lederman*_____
By: RACHEL LEDERMAN, CA SBN 130192
P.O. Box 40339
San Francisco, CA 94140-0339
(415) 282-9300
rachel@sfbla.com

Attorney for Appellants

**CERTIFICATE OF SERVICE**

I hereby certify that on Feb. 15, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_/s/_ *Rachel Lederman*_____
By: RACHEL LEDERMAN, CA SBN 130192