UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| VANESSA DUNDON, ET AL.<br><br>Plaintiffs and Appellants,<br><br>v.<br><br>KYLE KIRCHMEIER, ET AL.,<br><br>Defendants and Respondents. | No. 22-1246<br><br>N.D.D. No. 1:16-cv-406<br><br>**DESIGNATION OF THE RECORD** |

Pursuant to Federal Rule of Appellate Procedure 30(b) and Eighth Circuit Rule 30A, Appellants designate the following for the record:

1. Motion for Temporary Restraining Order and Preliminary Injunction (Nov. 28, 2016) (Doc. No. 2)

2. Memorandum in Support of Motion for Restraining Order and Preliminary Injunction (Nov. 28, 2016) (Doc. No. 14 and Exhibits 14-1 – 14-20)

3. Response to Motion re Preliminary Injunction (Dec. 22, 2016) (Doc. No. 42)

4. Affidavits of Law Enforcement (Dec. 22, 2016) (Docs. Nos. 43-60)

    1) Affidavit of LE-1 (Doc. No. 52)

    2) Affidavit of LE-2 (Doc. No. 53)

    3) Affidavit of LE-3 (Doc. No. 54)

    4) Affidavit of LE-4 (Doc. No. 55)

    5) Affidavit of FO-1 (Doc. No. 56)

    6) Affidavit of FO-2 (Doc. No. 57)

    7) Affidavit of DOT-1 (Doc. No. 58)

8) Affidavit of DOT-2 (Doc. No. 59)

9) Affidavit of Cody Larson (Doc. No. 60)

5. Affidavit of Shawn Grinolds (Dec. 22, 2016) (Doc. No. 61 and Exhibits 61-1-11)

6. Plaintiffs' Reply to Response to Motion for Preliminary Injunction (Jan. 23, 2017) (Doc. No. 81 and Exhibits 81-1 – 29)

1) Frazier Declaration

2) Johnson Declaration

3) Wagner Declaration

4) Joseph Declaration

5) His Horse is Thunder Declaration

6) Kalergis Declaration

7) Terrence Declaration

8) Bates Declaration

9) Rogers Declaration

10) Mitchell Declaration

11) Auerbach Declaration

12) Chang Declaration

13) Murphy Declaration

14) Toraty Declaration

15) Stein Declaration

16) Rojas Declaration

17) Gaudet Declaration

18) Karayof Declaration

19) Labro Declaration

20) Kubala Declaration

21) Flores Declaration

22) Constantino Declaration

23) Weeks Declaration

24) Kanahele Declaration

25) Candia Declaration

26) DuBois Declaration

27) Lenoble Declaration

28) Lopez Declaration

29) Madsen Declaration

7.  Declaration of Rachel Lederman in Support of Reply (Jan. 24, 2017) (Doc. No. 86)

8.  Supplement 11/20/16 video of Backwater Bridge Incident "Unicorn Riot Video" (Jan. 30, 2017) (Doc. No. 91)

9.  Affidavit of Shawn A. Grinolds (Jan. 30, 2017) (Doc. No. 92)

10. Supplement – Exhibit A Flash Drive to Affidavit of Shawn A. Grinolds (Jan. 30, 2017) (Doc. No. 93)

11. Supplement Declaration of Lauren Regan re Video DVD in Support of Reply (Jan. 31, 2017) (Doc. No. 94 and DVD)

12. ORDER denying Preliminary Injunction (Feb. 7, 2017) (Doc. No. 99)

13. Supplement to Videos in Support of Reply to Response Motion (Feb. 8, 2017) (Doc. No. 100)

14. First Amended Complaint (Feb. 27, 2018) (Doc. 129)

15. Defendants' Motion to Dismiss (Apr. 6, 2018) (Doc. No. 135)

16. Defendants' Memorandum in Support of Motion for Summary Judgment (Apr. 6, 2018) (Doc. No. 136)

17. Plaintiffs' Response in Opposition to Motion for Summary Judgment (Apr. 27, 2018) (Doc. No. 137)

18. Plaintiffs' 56(d) Motion to Conduct Discovery (Doc. No. 139)

19. Defendants' Reply in Support of Motion for Summary Judgment (May 18, 2018) (Doc. No. 143)

20. Order Converting Motion to Dismiss to Motion for Summary Judgment (Sept. 10, 2020) (Doc. No. 151)

21. Order re Limited Discovery (Sept. 17, 2020) (Doc. 154)

22. Defendants' Supplemental Memorandum in Support of Motion for Summary Judgment (June 25, 2021) (Doc. No. 238)

23. Affidavit of Shawn A. Grinolds re Defendants' Supplemental Brief Doc. No. 238 (June 25, 2021) (Doc. No. 239 and exhibits 239-1 – 239-19)

24. Doc. No. 240-245 in support of Doc. No. 238 – Affidavit of Kyle Kirchmeier, Derek J. Arndt, Michael Hinrichs, Joshua W. Rode, Travis Skar, Travis A. Nelson

25. Defendants' Video Supplement to Doc. No. 239 Exhibit B, C, F, I, L (June 28, 2021) (Doc. No. 246)

26. Affidavit of Rachel Lederman (Aug. 7, 2021) (Doc. No. 266, 266-1 – 266-6)

27. Affidavit of Anam Haque 1 (Aug. 7, 2021) (Doc. No. 267)

28. Affidavit of Waste Win Young (Aug. 7, 2021) (Doc. No. 269)

29. Affidavit of Thomas C. Frazier (Aug. 7, 2021) (Doc. No. 270)

30. Affidavit of Dr. Kalamaoka'aina Niheu, MD (Aug. 7, 2021) (Doc. No. 271)

31. Affidavit of Anam Haque 2 (Aug. 7, 2021) (Doc. No. 273, 273-1 – 273-8)

32. Plaintiffs' Supplemental Brief in Opposition to Motion for Summary Judgment (Aug. 11, 2021) (Doc. No. 275)

33. Supplemental Reply Memorandum in Support of Defendants' Converted Motion for Summary Judgment (Aug. 30, 2021) (Doc. No. 283)

34. Affidavit of Shawn Grinolds re Doc. No. 283 (Aug. 30, 2021) (Doc. No. 284)

35. Videos submitted by Plaintiffs (Doc. 285)

36. ORDER Granting Motion for Summary Judgment (Dec. 29, 2021) (Doc. No. 286)

37. Judgment (Dec. 30, 2021) (Doc. No. 287)

38. Notice of Appeal (Jan. 28, 2022) (Doc. No. 288)

Dated:  February 15, 2022

Respectfully Submitted,

_/s/_ *Rachel Lederman*_____
By: RACHEL LEDERMAN, CA SBN 130192
P.O. Box 40339
San Francisco, CA 94140-0339
(415) 282-9300
rachel@sfbla.com

Attorney for Appellants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_/s/ Rachel Lederman_____
By: RACHEL LEDERMAN, CA SBN 130192