| | |
|---|---|
| VANESSA DUNDON, ET AL.<br><br>    Plaintiffs and Appellants,<br><br>    v.<br><br>KYLE KIRCHMEIER, ET AL.,<br><br>    Defendants and Respondents. | No. 22-1246<br><br>N.D.D. No. 1:16-cv-406<br><br>**APPELLANTS' STATEMENT OF ISSUES** |

Appellants intend to raise the following issues on appeal:

1. Whether the trial court erred in granting the defendants' converted motion for summary judgment.

2. Whether the trial court erred by not viewing the facts on record in the light most favorable to Plaintiffs.

3. Whether the trial court erred by holding that Defendants were entitled to qualified immunity and summary judgment on Plaintiffs' Fourth Amendment claims.

4. Whether the trial court erred by holding that Defendants were entitled to qualified immunity and summary judgment on Plaintiffs' Fourteenth Amendment claims.

5. Whether the trial court erred by holding that Defendants were entitled to summary judgment on Plaintiffs' Equal Protection claims.

6. Whether the trial court erred by holding that Defendants were entitled to summary judgment and qualified immunity on Plaintiffs' First Amendment claims.

7. Whether the trial court erred by holding that Defendants were entitled to summary judgment on Plaintiffs' *Monell* claims.

8. Whether the trial court erred by holding that Defendants were entitled to summary judgment on Plaintiffs' state law claims.

Dated:  February 15, 2022

<div style="margin-left:45%">

Respectfully Submitted,

_/s/_Rachel Lederman_____
By: RACHEL LEDERMAN, CA SBN 130192
P.O. Box 40339
San Francisco, CA 94140-0339
(415) 282-9300
rachel@sfbla.com

Attorney for Appellants

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_/s/ Rachel Lederman_____
By: RACHEL LEDERMAN, CA SBN 130192