**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**    Ms. Rachel Lederman

**CC:**    Mr. Grant Bakke
Mr. Randall J. Bakke
Mr. Shawn A. Grinolds
Ms. Janine L. Hoft
Ms. Melinda Longford Power
Ms. Natali Segovia
Ms. Mara E. Verheyden-Hilliard
Mr. Bradley Neuman Wiederholt

**FROM:**    Hillary A. Grupe

**DATE:**    April 25, 2022

**RE:**    22-1246  Vanessa Dundon, et al v. Kyle Kirchmeier, et al

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**    ORDER OF CONTENTS IS INCORRECT.  See FRAP 28(a)(1)-(10).
- The Summary of the Case and Request for Oral Argument should be placed before the Table of Contents.
- The Standard of Review should be placed at the beginning of the Argument, not before.

**X**    SUMMARY OF THE CASE AND REQUEST FOR ORAL ARGUMENT IS MISSING, INCOMPLETE OR **EXCEEDS 1 PAGE.** See 8th Cir. R. 28A(i)(1).

**X**    STATEMENT OF THE CASE. Pursuant to FRAP 28(a)(6), revised December 1, 2013, the Statement of the Case and Statement of Facts must be combined into a single STATEMENT OF THE CASE.

**X**    PAGINATION.  Arabic numeral pagination begins at the Jurisdictional Statement.  All prior sections should be paginated with lower case roman numerals.  The cover page should <u>not</u> be paginated.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.